Esther A. Bryk, Appellant, v. John A. Bryk, Appellee.

Gen. No. 43,776.

opinion filed November 18, 1946; released for publication December 4, 1946. R. W. Scherman, for appellant; Blech & Herson, for appellee. Opinion by Presiding Justice O'Connor. Not to be published in full.